JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALAN GRAY,<br><br>                Petitioner,<br><br>                v.<br><br>W. L. MUNIZ, Warden,<br><br>                Respondent. | Case No. 5:18-00095 RSWL (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: March 3, 2021             ___/S/ RONALD S.W. LEW_____
                                            THE HONORABLE RONALD S. W. LEW
                                            United States District Judge